**No. 09-9913. Lye Huat Ong, Petitioner v. Roderick R. Sowers, Warden, et al.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5714.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4463.

**No. 09-9982. Stewart Azell Cross, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5694.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4643.

**No. 09-10008. Tommy Carver, Petitioner v. Boyd Bennett, et al.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5702.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 914, 130 S. Ct. 3297, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4076.

**No. 09-10084. Tayssir Hindaoui, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions.**

561 U.S. 1053, 131 S. Ct. 54, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5701.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4941.

**No. 09-10095. Robert Allen Hall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5726.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 967, 130 S. Ct. 3415, 177 L. Ed. 2d 328, 2010 U.S. LEXIS 4783.

**No. 09-10122. Thurman Harrison, Jr., Petitioner v. Steve Hartley, Warden, et al.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1144, 2010 U.S. LEXIS 5696.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 931, 130 S. Ct. 3335, 176 L. Ed. 2d 1231, 2010 U.S. LEXIS 4292.